IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

JUN 2 7 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. B—13—346 |
| Jose Fernando Polanco-Ozorto | § | |

### ORDER

BE IT REMEMBERED on this 27th day of June, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed June 12, 2013, wherein the defendant Jose Fernando Polanco-Ozorto waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Jose Fernando Polanco-Ozorto to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Jose Fernando Polanco-Ozorto guilty of the offense of alien unlawfully being present in the United States after having been convicted of a felony and deported, in violation of 8 U.S.C. 1326(a) and 1326(b)(1).

SIGNED this the 27th day of June, 2013.

Hilda G. Tagle
Senior United States District Judge